58251. KEENAN COMPANY et al. v. PAMLICO, INC.

BANKE, Judge.

The prior holding of this court in *Keenan Co. v. Pamlico, Inc.,* 152 Ga. App. 502 (263 SE2d 197) (1979), has been reversed on certiorari by the Supreme Court, 245 Ga. 842 (268 SE2d 334) (1980). The prior judgment in this case is accordingly vacated, and the judgment of the trial court is reversed.

*Judgment reversed. McMurray, P. J., and Sognier, J., concur.*

ARGUED SEPTEMBER 26, 1979 — DECIDED SEPTEMBER 10, 1980.

H. *Jerome Strickland, Hubert C. Lovein, Jr.,* for appellants.
*George C. Grant,* for appellee.